IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

LENA PEARL WILLIAMS                                                                                   PLAINTIFF

vs.                                         Civil No. 6:10-cv-06076

MICHAEL J. ASTRUE                                                                                 DEFENDANT
Commissioner, Social Security Administration

## J U D G M E N T

For reasons stated in a memorandum opinion of this date and because Plaintiff did not exhaust her administrative remedies prior to filing suit in this matter, this matter is **DISMISSED** in accordance with 42 U.S.C. § 405(g) (2010).

**IT IS SO ORDERED this 18th day of January 2011.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE